IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> CHRIS SIM II, <br><br>   Defendant. | No. C-09-03211 MMC (EDL) <br><br> **ORDER FINDING GOOD CAUSE; DENYING MOTION TO SHORTEN TIME AS MOOT; AND ORDERING PLAINTIFF TO SUBMIT REVISED PROPOSED ORDER** |

The Court, having found this motion suitable for resolution on the papers, hereby vacates the hearing and denies the motion to shorten time as moot. Plaintiff has demonstrated good cause to seek third party discovery to ascertain Defendant's identity. Plaintiff's proposed order, however, is insufficiently detailed. Plaintiff shall submit a revised proposed order that identifies the names of the third parties to whom it will issue subpoenas and describes the categories of documents it will subpoena. Plaintiffs' proposed order may also note that it may serve additional parties identified as potentially possessing responsive documents. See, e.g., June 28, 2009 Order in IO Group v. Antelope Media, Case No. 08-4050 MMC (EDL), Docket No. 54. The proposed order should also limit the use of any disclosed information to protecting Plaintiff's rights asserted in this lawsuit. Plaintiff shall submit its revised proposed order no later than September 1, 2009.

**IT IS SO ORDERED.**

Dated: August 24, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge