1 | Larry W. McFarland (Bar No. 129668)
  | E-Mail:  lmcfarland@kmwlaw.com
2 | Dennis Wilson (Bar No. 155407)
  | E-Mail:  dwilson@kmwlaw.com
3 | David K. Caplan (Bar No. 181174)
  | E-Mail:  dcaplan@kmwlaw.com
4 | Christopher T. Varas (Bar No. 257080)
  | E-Mail:  cvaras@kmwlaw.com
5 | KEATS McFARLAND & WILSON LLP
  | 9720 Wilshire Boulevard
6 | Penthouse Suite
  | Beverly Hills, California 90212
7 | Telephone: (310) 248-3830
  | Facsimile: (310) 860-0363

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ZYNGA GAME NETWORK, INC. | **CASE NO. CV-09:03211 MMC (EDL)** |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING LEAVE TO CONDUCT THIRD PARTY DISCOVERY |
| CHRIS SIM II, | |
| Defendant. | |

CASE NO. CV-09:03211 MMC (EDL)
[~~PROPOSED~~] ORDER GRANTING
LEAVE TO CONDUCT THIRD
PARTY DISCOVERY

The COURT, having considered Plaintiff Zynga Game Network, Inc.'s ("Zynga's") Motion for Leave to Conduct Third Party Discovery ("Motion"), the supporting declaration of Sean Hanley, and the pleadings on file in this matter, hereby GRANTS Zynga's Motion.

Zynga is hereby authorized to issue subpoenas to the following third parties: Rackspace, U.S. Inc.; Aplus.net Internet Services; Plimus Corporation, Inc.; PayPal, Inc.; DBS Bank Ltd.; Moneybookers USA, Inc.; and Provide Support LLC. Subpoenas issues pursuant to this Order may require the production of any or all of the following categories of documents:

1. All current and historical name and contact information for the Defendant;
2. All current and historical billing, payment and account information for the Defendant, including but not limited to any credit or debit card numbers, bank names and bank account numbers, PayPal account email addresses, and other details of all methods and mechanisms the Defendant has used to pay for services offered by the subpoenaed company;
3. All internal documents and communications regarding the Defendant;
4. All communications between the subpoenaed company and the Defendant;
5. All server logs, login history, login IP addresses, transaction history and logs of chat or support sessions, excluding the content of such chat sessions, for any accounts owned, operated, controlled or maintained by the Defendant at any time;
6. All logs, reports, and other data reflecting the account transaction history for the any accounts owned, operated, controlled or maintained by the Defendant at any time;
7. Documents sufficient to identify all Internet domain names, websites or e-mail addresses for which the Defendant purchased or used services offered by the subpoenaed company;
8. All website content uploaded by the Defendant, or uploaded by any other person or entity to any Internet domain name or website owned or controlled by the Defendant.

This Order also authorizes Zynga to serve subpoenas on additional third parties not identified above to the extent such third parties potentially possess documents responsive to any of the categories of documents identified above.

- 1 -

CASE NO. CV-09:03211 MMC (EDL)
[PROPOSED] ORDER GRANTING
LEAVE TO CONDUCT THIRD
PARTY DISCOVERY

1  Zynga's use of documents produced in response to subpoenas issued pursuant to this Order is
2  limited to protecting Zynga's rights asserted in this lawsuit.
3  Zynga's authority to serve subpoenas on third parties pursuant to this Order shall expire at
4  the close of business on Monday, December 21, 2009.
5  Zynga may serve subpoenas pursuant to this Order without complying with the requirement
6  of Federal Rule of Civil Procedure 45(b)(1) that it provide notice to Defendant prior to serving the
7  subpoenas.
8
9  IT IS SO ORDERED.
10
11  ENTERED THIS __31st__ DAY OF __August__, 2009



The Honorable
United States

Judge Elizabeth D. Laporte

- 2 -

CASE NO. CV-09:03211 MMC (EDL)
[~~PROPOSED~~] ORDER GRANTING
LEAVE TO CONDUCT THIRD
PARTY DISCOVERY