1  Larry W. McFarland (Bar No. 129668)
   E-Mail: lmcfarland@kmwlaw.com
2  Dennis L. Wilson (Bar No. 155407)
   E-Mail: dwilson@kmwlaw.com
3  David K. Caplan (Bar No. 181174)
   E-Mail: dcaplan@kmwlaw.com
4  Christopher T. Varas (Bar No. 257080)
   E-Mail: cvaras@kmwlaw.com
5  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
6  Penthouse Suite
   Beverly Hills, California  90212
7  Telephone:  (310) 248-3830
   Facsimile:  (310) 860-0363
8
   Attorneys for Plaintiff
9  ZYNGA GAME NETWORK, INC.

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15  ZYNGA GAME NETWORK, INC., a Delaware       **CASE NO. CV-09:3211 MMC (EDL)**
    Corporation,
16
                                               **[PROPOSED] ORDER CONTINUING CASE**
17              Plaintiff,                      **MANAGEMENT CONFERENCE**

18        v.

19  SIM HONG LIN, A/K/A CHRIS SIM II, A/K/A
    HONG CHENG SIM, A/K/A HC SIM, A/K/A
20  HONG LIN SIM, A/K/A JEFF SIM, an
    individual; and GOSUMALL PTE LTD.,
21  A/K/A GOSUMALL.COM, A/K/A
    GOSUMALL DIGITAL ENTERTAINMENT,
22  a Singaporean entity,

23              Defendants.

24

25

26

27

28

1    The COURT, having considered Plaintiff Zynga Game Network, Inc.'s ("Zynga's") Motion

2  to Continue Case Management Conference ("Motion") and the pleadings on file in this matter,

3  hereby GRANTS Zynga's Motion.

4    The Case Management Conference is hereby continued until Friday, April 2, 2010 at
     10:30
5  9:00A.M.  All other dates and deadlines related to the Case Management Conference are hereby

6  continued accordingly.   A Joint Case Management Statement shall be filed no later than

7  March 26, 2010.

8  IT IS SO ORDERED.

9

10  ENTERED THIS _4th_ DAY OF _November_, 2009

11

12                    _Maxine M. Chesney_____
                      The Honorable Maxine M. Chesney,
13                    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                    - 1 -