IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIM HONG LIN, A/K/A CHRIS SIM II, A/K/A HONG CHEN SIM, A/K/A HC SIM, A/K/A HONG LIN SIM, A/KA/ JEFF SIM, an individual, and GOSUMALL PTE LTD., A/K/A GOSUMALL.COM, A/K/A GOSUMALL DIGITAL ENTERTAINMENT, a Singaporean entity,<br><br>　　　　Defendants.<br>_____/ | No. C-09-3211 MMC<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT; VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

　　Before the Court is plaintiff Zynga Game Network, Inc.'s ("Zynga") Motion for Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, filed February 26, 2010. Defendants, although served with the motion, have not filed opposition. Having read and considered the papers filed in support of the motion, the Court hereby deems the matter appropriate for decision thereon, hereby VACATES the April 2, 2010 hearing and case management conference scheduled for that same date, and, as set forth in the default judgment issued concurrently herewith, GRANTS the motion.

　　**IT IS SO ORDERED.**

Dated:  March 30, 2010

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge